IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TASHA RATHBUN, individually and as
Personal Representative of the Estate of
Scarlett Rose Elmore,

      Plaintiff,

v.                                                           No. CV 22-53 SMV/CG

DARLA BANNIESTER, RN, et al.,

      Defendants.

## ORDER FOR JOINT STATUS REPORT

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the parties shall meet and confer, and file a joint status report by no later than **Thursday, March 17, 2022**, informing the Court whether, given County Defendants' *Motion to Dismiss Plaintiff's Complaint*, (Doc. 13), the parties are prepared to proceed with a Rule 16 Scheduling Conference.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE