# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

TASHA RATHBUN, individually and as
Personal Representative of the Estate of
Scarlett Rose Elmore,

      Plaintiff,

v.        No. CV 22-53 RB/CG

DARLA BANNIESTER, RN, et al.,

      Defendants.

## ORDER SETTING TELEPHONIC MOTION HEARING

**THIS MATTER** is before the Court on Plaintiff Tasha Rathbun's *Petition for Appointment of Tasha Rathbun as Personal Representative for Purposes of the Estate of Scarlett Rose Elmore* (the "Petition"), (Doc. 24), filed March 27, 2022. In the Petition, Ms. Rathbun seeks to be appointed "Personal Representative of the Estate of Scarlett Rose Elmore and thereafter for the pendency pf any wrongful death claim relating to decedent Scarlett Rose Elmore." *Id.* at 3.

**IT IS HEREBY ORDERED** that a telephonic Motion hearing shall be held **Wednesday, May 11, 2022, at 11:00 a.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE