IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TASHA RATHBUN, individually and as personal representative
of the Estate of Scarlett Rose Elmore,

       Plaintiff,

v.                                                               No. 2:22-cv-53 RB/KRS

DARLA BANNISTER, RN, et al.,

       Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

THIS MATTER is before the Court on Plaintiff's counsel's Motion to Withdraw, (Doc. 41), filed November 22, 2022.  Plaintiff's counsel seeks to withdraw from representing Plaintiff in this case, and states that they have been unable to determine whether Plaintiff opposes their withdrawal.  Plaintiff's counsel served the Motion to Withdraw on Plaintiff by mailing it to four street addresses and e-mailing it to two e-mail addresses.  *See* (Doc. 41) at 4.  Plaintiff has not responded to the Motion to Withdraw within the fourteen (14) days permitted by Local Rule 83.8(b).  The Court, therefore, will set a telephonic status conference to inquire of Plaintiff whether she intends to proceed *pro se* or obtain substitute counsel.

IT IS THEREFORE ORDERED that a telephonic status conference shall be held on **January 12, 2023 at 9:30 a.m.  Plaintiff is required to telephonically attend this status conference.  All counsel and Plaintiff shall call (888) 398-2342 and enter code 8193818 to join the proceedings.**

IT IS FURTHER ORDERED that Plaintiff's counsel shall deliver a copy of this Order to Plaintiff at the postal and e-mail addresses they have for Plaintiff.

                                                                     */s/ Kevin Sweazea*
                                                                   KEVIN R. SWEAZEA
                                                                   UNITED STATES MAGISTRATE JUDGE