IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TASHA RATHBUN, individually and as personal representative
of the Estate of Scarlett Rose Elmore,

       Plaintiff,

v.                                                           No. 2:22-cv-53 RB/KRS

DARLA BANNISTER, RN, et al.,

       Defendants.

### ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW

THIS MATTER is before the Court on Plaintiff's Counsel's Motion to Withdraw, (Doc. 41), filed November 22, 2022. Having considered Plaintiff's Counsel's Motion and having discussed the Motion to Withdraw with Plaintiff and counsel at a hearing held January 12, 2023, the Court FINDS the Motion to Withdraw shall be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Counsel's Motion to Withdraw, (Doc. 41), is GRANTED.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE