IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TASHA RATHBUN, individually and as personal representative
of the Estate of Scarlett Rose Elmore,

      Plaintiff,

v.   No. 2:22-cv-53 RB/KRS

DARLA BANNISTER, RN, et al.,

      Defendants.

### ORDER SETTING DEADLINE FOR PLAINTIFF TO OBTAIN COUNSEL

THIS MATTER is before the Court on the Court's Order Granting Plaintiff's Counsel's Motion to Withdraw, and the hearing held on January 12, 2023, at which Plaintiff and counsel for both sides appeared by telephone.  Due to the withdrawal of Plaintiff's counsel and Plaintiff's statement to the Court at the January 12, 2023 hearing that she intends to obtain new counsel to pursue her claims, the Court orders the following:

IT IS HEREBY ORDERED that **no later than February 13, 2023**, Plaintiff shall obtain counsel and have her counsel enter an appearance in this case, or Plaintiff shall notify the Court in writing that she plans to proceed *pro se*.  Until counsel enters an appearance, Ms. Rathbun is a *pro se* party and the Court reminds her that it is her responsibility to become familiar with and comply with the Federal Rules of Civil Procedure and the Court's Local Rules.  The Local Rules, the Court's "Guide for Pro Se Litigants," and a link to the Federal Rules of Civil Procedure are available on the Court's website: www.nmd.uscourts.gov.

IT IS FURTHER ORDERED that Plaintiff shall verify her contact information on the Court's docket and ensure it is correct.  If Plaintiff needs to update her contact information, she must notify the Clerk's Office in writing.

IT IS FURTHER ORDERED that the Clerk of the Court shall mail Ms. Rathbun a copy of the Court's "Guide for Pro Se Litigants."

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE